Paul J. Sulla, Jr. (SBN 5398)
Attorney at Law
P.O. Box 5258
Hilo, HI  96720
Telephone: 808/933-3600
Facsimile: 808/933-3601

Pro Se and as Attorney for
Defendant/ Appellee Paul J.
Sulla, Jr., Attorney at Law,
a professional corporation

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LEONARD G. HOROWITZ et. al.<br><br>　　　　Plaintiffs/Appellants,<br><br>　　vs.<br><br>PAUL J. SULLA, JR. et. al.<br><br>　　　　Defendants/Appellees. | Civil No. 16-00549-DKW-KSC<br><br>**DECLARATION OF PAUL J. SULLA, JR.** |

## DECLARATION OF PAUL J. SULLA, JR.

The undersigned hereby declares that:

1. I am an attorney licensed to practice law before all courts in Hawaii and appear pro se and as the attorney for the Appellee corporation. I have personal knowledge of the matters discussed herein unless stated to be upon information and belief.

2. This District Court Appeal from the Bankruptcy Court is part of a series of appeals by Mr. Horowitz involving this law office. Two prior appeals before the Bankruptcy Appellate Panel Case Nos. BAP Nos. HI-16-1110 and HI-16-1132 have already been dismissed as moot and the underlying bankruptcy and adversary proceeding, Case Nos. 16-00239 and 16-90015 have also been dismissed.

3. In addition to the above matters, Appellant is also currently an Appellant making the same or similar arguments in state court in two currently open appeals: *Jason Hester, et. al. v. Leonard Horowitz, et. al.* Appeal No. CAAP-16-0000162 (this law firm represents the Plaintiff/Appellee) and *Hester v. Horowitz et al.,* No. CAAP-16-0000163 (this law firm previously represented the Plaintiff).

4. There are two other pending U.S. District Court matters that Appellant is involved in where the same or similar arguments are being made, using the same or similar tactics of unnecessarily voluminous and incoherent pleadings making sweeping and serious accusations but submitting very little credible or admissible evidence or claiming any cognizable basis in law. One of the pending District Court matters, *Horowitz v. Sulla et al,* Case no. Civil No. 13-00500 HG-BMK is administratively closed pending disposition of the state court cases, the other,

2

*Hester v. Horowitz,* Case NO. 1:17-cv-00014-LEK-KSC is currently awaiting remand to state court.

    5.    In all of the above matters, the filings by Leonard Horowitz, the Appellant herein, have been extremely voluminous and time-consuming to review and almost impossible to discern the rational and legal basis.  As with the other Horowitz matters, the arguments made in the opening brief, being filed by Mr. Horowitz *pro se*, are difficult to decipher and understand.  It is my belief, after years of litigating with Appellant, is that this is intentional and meant to confound all opposing parties and the courts so as to delay the execution of writs and orders, punish Horowitz's adversaries, drive up legal fees, and create burdens on the courts, especially federal courts.  Leonard Horowitz is a professional conspiracy theorist with well-known publications blaming the federal government for AIDS, ebola, and other illness and crimes against humanity.  See, for example, Appellant's website: http://www.waronwethepeople.com which prominently features the pictures of several former US Presidents and promotes Appellant's theories of the U.S. Government's crimes.

    6.    One example of the confusing and burdensome nature of Appellant's filings is the Notice of Appeal herein as compared to the Opening Brief.  According to the Notice of Appeal, the order being appealed from was filed on September 29, 2016 and thus the appeal is timely.  However, the Opening Brief purports to be appealing three orders, not one, and the two others orders on appeal were granted on September 16, 2016 which would make the appeal of those orders untimely.  As such, the Notice of Appeal is unclear.  It is not clear to me why Exhibit's 4 and 5 are attached to the Notice of Appeal.  To the extent that Appellant is also appealing the Orders attached to his Notice of Appeal as Exhibits 4 and 5, the Appeal is untimely.

7. It is my opinion that the appeal is moot because the underlying bankruptcy is dismissed. On September 19, 2016 the Bankruptcy Court issued an "Order Denying Confirmation and Dismissing Case" [Dkt # 143] dismissing the bankruptcy case underlying this unauthorized interlocutory appeal. This dismissal was not objected to by Appellant and has not been appealed. The associated Adversary Proceeding, which has no bearing on this appeal, was also dismissed and closed on November 1, 2016. The dismissal of Appellant's adversary action was also not appealed or objected to by Appellant. The only remaining part of the Appellant's bankruptcy matter is this appeal, which is an interlocutory appeal for which no leave to appeal was sought.

8. The underlying bankruptcy case has been dismissed, the property at issue has been transferred and the debtor dispossessed. There is nothing left to litigate and much too much left to attempt to discern.

9. Appellant is not new to the legal system. His pro se filing should be much more sophisticated by now. I find it hard to believe that Appellant's errors are innocent or based on a sincere misunderstanding of the law. Instead the Opening Brief is truly unintelligible and appears to be written not to win any appeal but to drive up expenses for me and my law firm and punish me for litigating against him in this and prior matters. As such, I find this Appeal frivolous.

10. It is my opinion that the Appellant is vexatious and appears to file as much as possible as a pro se in order to thwart my ability to practice law. Enough is enough. The vexatious filing and re-filing of the same arguments and evidence must be stopped. A dismissal of this appeal

is one way to stem the flow of litigation coming from Appellant and send a clear message to the Appellant.

I declare under penalty of law that the foregoing is true and correct.

Dated:  Hilo, Hawaii this 24th day of January 2017.

        *s/ Paul J. Sulla, Jr.*
        _____
        PAUL J. SULLA, JR.
        Attorney for Plaintiffs