```
Paul J. Sulla, Jr. (SBN 5398)
Attorney at Law
P.O. Box 5258
Hilo, HI  96720
Telephone: 808/933-3600
Facsimile: 808/933-3601

Pro Se and as Attorney for
Defendant/ Appellee Paul J.
Sulla, Jr., Attorney at Law,
a professional corporation
```

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| LEONARD G. HOROWITZ<br><br>      Debtor/Appellant,<br><br>  vs.<br><br>PAUL J. SULLA, JR. et. al.<br><br>      Creditor/Defendants/ Appellees. | Civil No. 16-00549-DKW-KSC<br><br>Chapter 13 Bankruptcy Case No.: 1:16-bk-00239<br><br><br><br><br>JUDGE:  Hon. Judge Derrick K. Watson |

**APPELLEE'S APPENDIX**

**Index to
Appellee's Appendix**:

Tab 1:   ECF #138, "Memorandum of Decision Regarding Plan Confirmation" September 16, 2016

Tab 2:   ECF #139, "Memorandum of Decision on Debtor's Alleged Misconduct by Paul J. Sulla, Jr" September 16, 2016

Tab 3:   Underlying Bankruptcy Matter Docket Report, Case No. 16-239

Tab 4:   Appellant's Adversary Proceeding Docket Report, Case No. 16-90015

Tab 5:   Transcript of Confirmation Hearing, July 7, 2016

Tab 6:   ECF #150, "Order Denying Debtor's Motion to Reconsider" October 31, 2016

Tab 7:   ECF #32, "Order granting relief from stay" April 15,2016

Tab 8:   ECF #13, "Motion for Relief from Automatic Stay" March 18, 2016

Tab 9:   ECF #28, "Memorandum in Opposition to Motion for Preliminary Injunction & Extended Stay" April 15, 2016

Tab 10:  Hoohiki docket report for Case No. 3 cc 14-1-000304

Tab 11:  JEFS docket report for CAAP 16-0000162

Tab 12:  JEFS docket report for CAAP 16-0000163